THE ASHEVILLE TIMES COMPANY v. THE ASHEVILLE TYPOGRAPHI-
CAL UNION, No. 263, FRANK J. TORLAY ET ALS.

(Filed 22 January, 1924.)

**Injunction—Labor Unions—Unincorporated Companies—Individuals.**

This appeal from the order of the trial judge vacating a restraining order against a labor union and certain individual members thereof is controlled by The Citizens Company against the same Union, *et als., ante,* 47.

CIVIL ACTION. Restraining order heard before *McElroy, J.,* at chambers. From BUNCOMBE. Appeal by plaintiff from order vacating restraining order.

*Jones, Williams & Jones and Mark W. Brown for plaintiff.*
*Gallatin Roberts, George Pennell, and J. W. Haynes for defendants.*

CLARKSON, J. For the reasons given in the case of *The Citizens Co. v. Asheville Typographical Union, No. 263, Frank J. Torlay, and others,* the judgment of the court below dissolving the restraining order against the Asheville Typographical Union, No. 263, is affirmed. As against the individuals set out in the complaint, the judgment is reversed and modified in accordance with that opinion.

The restraining order under the judgment of the court below is continued against the individual defendants to the hearing and modified in accordance with that opinion.

Affirmed as to the Asheville Typographical Union, No. 263.

Reversed and modified as to the individuals, Frank J. Torlay and others.